UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUL 20 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
V. ) CAUSE NO.
)
TRAVEN ARMSTRONG, )   1:21-cr-0200 JPH -TAB
)
Defendant. )

## INDICTMENT

The Grand Jury charges that:

COUNT 1
18 U.S.C. § 922(a)(6)
Making a False Statement during Purchase of a Firearm

Between September 20, 2020 and March 10, 2021, in the Southern District of Indiana, TRAVEN ARMSTRONG, the defendant herein, in connection with the acquisition of a firearm, to wit:

    a. Glock 19X pistol bearing serial number BSLH809 and/or

    b. Ruger 5.7 pistol bearing serial number 641-94779

    c. Ruger 5.7 pistol bearing serial number 642-03594; and/or

    d. Ruger 5.7 pistol bearing serial number 642-00534; and/or

    e. Ruger 5.7 pistol bearing serial number 641-97308; and/or

    f. Ruger 5.7 pistol bearing serial number 642-01389; and/or

    g. Zastava ZPAP92 pistol bearing serial number 292-080291; and/or

    h. Zastava ZPAP92 pistol bearing serial number 292-079264;

from Shoot Point Blank LLC (a-d), Carmel Operations, LLC (e-f) and SNR Shooting Supplies

(g-h), all of which are licensed firearms dealers within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Shoot Point Blank LLC, Carmel Operations, LLC, and SNR Shooting Supplies which statement was intended and likely to deceive Shoot Point Blank LLC, Carmel Operations, LLC, and SNR Shooting Supplies as to a material fact to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that he was the actual transferee/buyer of the firearm.

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 2
## 18 U.S.C. § 924(a)(1)(A)
Making a False Statement with Respect to Information Required to be kept by Licensed Firearms Dealers

Between September 20, 2020 and March 10, 2021, in the Southern District of Indiana, TRAVEN ARMSTRONG, the defendant herein, did knowingly make a false statement and representation to Shoot Point Blank LLC, Carmel Operations, LLC, and SNR Shooting Supplies, all of which are licensed firearms dealers under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Shoot Point Blank LLC, Carmel Operations, LLC, and SNR Shooting Supplies, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that he was the actual transferee/buyer of:

a. Glock 19X pistol bearing serial number BSLH809 and/or

b. Ruger 5.7 pistol bearing serial number 641-94779

c. Ruger 5.7 pistol bearing serial number 642-03594; and/or

d. Ruger 5.7 pistol bearing serial number 642-00534; and/or

  e. Ruger 5.7 pistol bearing serial number 641-97308; and/or

  f. Ruger 5.7 pistol bearing serial number 642-01389; and/or

  g. Zastava ZPAP92 pistol bearing serial number 292-080291; and/or

  h. Zastava ZPAP92 pistol bearing serial number 292-079264;

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

1. The allegations contained in this indictment are realleged as if fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of an offense set forth in this Indictment, Defendant herein shall forfeit to the United States any firearm or ammunition involved in or used in such offense.

A TRUE BILL

FOREPERSON

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Lawrence D. Hilton
Assistant United States Attorney